```
Ovidio Oviedo, Jr. SBN 210311
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170
```

Attorneys for: Defendants OFFICERS ALEXANDER MENENDEZ, FRED TORRES, and BAKERSFIELD POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DAVID RUPE )<br><br>  Plaintiff, )<br><br>  vs. )<br><br>OFFICER MENENDEZ, ALEXANDER, )<br>#882; OFFICER FRED TORRES, #878, )<br>BAKERSFIELD POLICE DEPARTMENT, )<br><br>  Defendants. )<br>_____ ) | Case No. CIV-F-04-5885 REC DLB-P<br><br>**STIPULATED DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that defendants OFFICERS ALEXANDER MENENDEZ, FRED TORRES, and BAKERSFIELD POLICE DEPARTMENT be dismissed with prejudice in accordance with a waiver of costs in this matter.

Dated: June 16, 2005                         MARDEROSIAN, RUNYON, CERCONE
                                             LEHMAN & ARMO

                                                  /s/ Ovidio Oviedo, Jr.
                                             By:_____
                                                  OVIDIO OVIEDO, JR.,
                                                  Attorney for defendants above-named.

1  Dated: June 16, 2005

                                              /s/ Steven Rupe
3                                        By: _____
                                              STEVEN RUPE, Plaintiff

## **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

Dated: _____July 12, 2005_            _____/s/ ROBERT E. COYLE_____
                                              JUDGE OF THE U.S. DISTRICT COURT

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen (18) and not a party to this action; my business address is 1260 Fulton Mall Fresno, California, 93721, which is located in the county where the mailing described below took place.

On June 20, 2005, at Fresno, California, I served a true copy of the **STIPULATED DISMISSAL AND [PROPOSED] ORDER** in a sealed envelope addressed as follows to the parties to the within action described as:

Steven David Rupe. P-11212
2901 South H Street
Bakersfield, CA  93304

| | | |
|---|---|---|
| X | Placed for Mailing: | I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service of the firm. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, [__ marked Express Mail] for collection and processing for mailing following said practice. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personally Mailed: | I deposited the envelope(s), with postage prepaid, [__ marked Express Mail] with the United States Postal Service. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personal Service: | I delivered said envelope(s) by hand to the address(es) listed above. (Code Civ. Proc., § 1011.) |
| __ | Facsimile: | I served said document via facsimile transmission to the number(s) listed above. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | State: | I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct. |
| X | Federal: | I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. |

Executed on June 20, 2005, at Fresno, California.

/s/ Vickie Mora
_____
VICKIE MORA

776.034

Rupe v. Officer Menendez, et al.
United States District Court No. CIV-F-04-5885 REC DLB-P

3

Stipulated Dismissal and [Proposed] Order